UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SYLVIA ANN LIPSON,<br><br>Defendant. | Case Number:  91-CR-30018-DRH-10 |

### ORDER

On motion of defendant for early termination of her supervised release (Doc. 599), the Court finds that defendant has satisfied all conditions of her supervised release and is no longer in need of supervision.  The motion represents that neither the United States Probation Office nor the United States Attorney's Office oppose early termination of defendant's supervised release.  Therefore the Court **ORDERS** that the **SUPERVISED RELEASE** of Sylvia Ann Lipson is **TERMINATED.**

**IT IS SO ORDERED:**


**DATE:** August 25, 2014

Digitally signed by
David R. Herndon
Date: 2014.08.25
13:23:15 -05'00'

_____
**HONORABLE DAVID R. HERNDON**
**CHIEF JUDGE, UNITED STATES DISTRICT COURT**